FILED
United States Court of Appeals
Tenth Circuit

September 1, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| HETRONIC INTERNATIONAL, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> HETRONIC GERMANY GMBH; HYDRONIC-STEUERSYSTEME GMBH; ABI HOLDING GMBH; ABITRON GERMANY GMBH; ABITRON AUSTRIA GMBH; ALBERT FUCHS, <br><br> Defendants - Appellants. | Nos. 20-6057 & 20-6100 <br> (D.C. No. 5:14-CV-00650-F) <br> (W.D. Okla.) |

_____

**ORDER**
_____

Before **PHILLIPS**, **MURPHY**, and **McHUGH**, Circuit Judges.
_____

On June 29, 2023, the United States Supreme Court vacated the judgment of this court and remanded for further proceedings. *Abitron Austria GmbH v. Hetronic, Int'l, Inc.*, 143 S. Ct. 2522 (2023). These matters are before us to direct supplemental briefing regarding the impact of the Supreme Court's decision on the issues raised in this appeal and the proper course of proceedings going forward.

Appellants' supplemental brief shall be filed within 20 days from the date of this order. Appellee's supplemental brief shall be filed within 20 days of the filing of Appellants' supplemental brief. The supplemental briefs shall be no longer than 20 pages in a 13- or 14-point font, and while they need not comply with the content requirements

of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Within 10 days of the filing of Appellee's supplemental brief, Appellants may file an optional reply brief of no more than 10 pages in a 13- or 14-point font. Hard copies need not be submitted.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Jane K. Castro
            Chief Deputy Clerk