C.A. Nos. 20-6057 & 20-6100

IN THE

# United States Court of Appeals for the Tenth Circuit

HETRONIC INTERNATIONAL, INC.,

*Plaintiff-Appellee*,

v.

HETRONIC GERMANY GMBH, ET AL.,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Western District of Oklahoma (Oklahoma City)
D. Ct. No. 5:14-cv-00650-F
The Honorable Stephen P. Friot, District Judge

## APPELLEE'S SUPPLEMENTAL APPENDIX
## VOLUME IV (PAGES 0754 - 0793)

Gianni P. Servodidio
Rémi J.D. Jaffré
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600

Samuel R. Fulkerson
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
621 N. Robinson Avenue,
 Suite 400
Oklahoma City, OK 73102
(405) 546-3774

Debbie L. Berman
 *Counsel of Record*
Wade A. Thomson
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
dberman@jenner.com

Matthew S. Hellman
JENNER & BLOCK LLP
1099 New York Avenue,
 Suite 900
Washington, DC 20001
(202) 639-6000

*Counsel for Plaintiff-Appellee Hetronic International, Inc.*

# TABLE OF CONTENTS

| No. | Description | App. Pg. No. |
|-----|-------------|--------------|
| 1 | Deposition Testimony of Mathias Friedl (Played at Trial 02/13/2020 and 02/14/2020) [Excerpt] | 0756 - 0758 |
| 2 | Deposition Testimony of Markus Krottenthaler (Played at Trial 02/20/2020) [Excerpt] | 0759 - 0765 |
| 3 | Trial Testimony of Tim Glandon (02/13/2020) [Excerpt] | 0766 - 0770 |
| 4 | Trial Testimony of Reimer Bulling (02/19/2020) [Excerpt] | 0771 - 0777 |
| 5 | Trial Testimony of Jonathan Bobb (02/21/2020) [Excerpt] | 0778 - 0780 |
| 6 | Trial Testimony of Tim Glandon (02/26/2020) [Excerpt] | 0781 - 0787 |
| 7 | Invoice (Admitted PX225) [Excerpt] | 0788 - 0791 |
| 8 | Invoice (Admitted PX226) [Excerpt] | 0792 - 0793 |

# Friedl, Mathias 2017-07-18

---

**Friedl, Mathias 07-18-2017**

---

**Plaintiff Designations  01:31:04**

**Defense Designations  00:25:07**

**Total Time  01:56:11**



**Appellee's Supp. App. 0756**

| Page/Line | Source | ID |
|---|---|---|
| | x05-Friedl, Mathias 2017-07-18 | |

114:14   Q. Did this meeting take place?
114:15   A. Yes.  I think yes.

**114:19 - 114:25    Friedl, Mathias 07-18-2017 (00:00:42)**    **x05.35**

114:19   Q. But you do recall a meeting with
114:20 Mr Rempe about these topics.  Correct?
114:21   A. Yes.
114:22   Q. And you don't recall if this meeting
114:23 took place before or after Mr Rempe left Hetronic.  Is
114:24 that correct?
114:25   A. No, I don't recall that anymore.

**117:20 - 117:25    Friedl, Mathias 07-18-2017 (00:00:30)**    **x05.37**
P405.1.6

117:20   Q. In 2011 from whom were you obtaining
117:21 your Nova housings?
117:22   A. Hetronic Malta.
117:23   Q. And in 2012 where were you obtaining
117:24 your Nova housings?
117:25   A. Hetronic Malta.

**118:4 - 118:9    Friedl, Mathias 07-18-2017 (00:00:54)**    **x05.38**

118:4 MS BERMAN:  I'm sorry.  When did you stop
118:5 obtaining Nova housings from Hetronic Malta?
118:6   A. 2014.
118:7   Q. So why in 2013 are you talking to
118:8 Mr Rempe about Nova housings?
118:9   A. I don't know exactly any longer.

**119:2 - 119:9    Friedl, Mathias 07-18-2017 (00:00:56)**    **x05.39**

119:2   Q. What was the purpose of finding out
119:3 where the moulds were if you were obtaining the parts
119:4 at the time from Hetronic?
119:5   A. I assume it was to find out where our
119:6 property was located.
119:7   Q. Because you wanted to source those parts    clear
119:8 from someone other than Hetronic in 2013.  Right?
119:9   A. That's possible.  I don't know exactly.

**125:2 - 125:20    Friedl, Mathias 07-18-2017 (00:02:04)**    **x05.41**

125:2   Q. And you asked Mr Rempe to help you find
125:3 someone to find suppliers for Nova housings back in
125:4 2013.  Right?
125:5   A. I think we asked him about the cost of
125:6 tools, but we did not engage him to find companies for
125:7 us that would manufacture housings for us.

| x05-Friedl, Mathias 2017-07-18 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

125:8   Q. Why would you need to know how much it
125:9 would cost to get tools to supply your own Nova
125:10 housings when you were getting that from Hetronic and
125:11 you were still a Hetronic partner?
125:12   A. Again in case our contract with Hetronic
125:13 gets terminated.
125:14   Q. And, in fact, Mr Rempe introduced you to
125:15 Robert Cassar to help you find suppliers.  Right?  Yes
125:16 or no?
125:17   A. I don't know.
125:18   Q. You met with Mr Cassar personally.
125:19 Right?
125:20   A. Yes.

128:3 - 128:12     **Friedl, Mathias 07-18-2017 (00:01:26)**     x05.42
                                                                       P405.1.7

128:3 MS BERMAN:  Mr Friedl, we're still looking
128:4 at exhibit 405.  The next bullet point is:
128:5 "Technology after 2008",
128:6 and you have a number of different types of
128:7 technology listed.  What did you intend to cover by
128:8 this bullet point?
128:9   A. I think what we discussed then was how
128:10 similar boards could be manufactured so they would fit
128:11 our solutions and the needs of our customers in the
128:12 European market.

128:13 - 128:16     **Friedl, Mathias 07-18-2017 (00:00:19)**     x05.43

128:13   Q. Did you ask Mr Rempe to supply you with
128:14 any documentation for any of the technology listed
128:15 under "Technology after 2008"?
128:16   A. No.

128:17 - 129:11     **Friedl, Mathias 07-18-2017 (00:01:45)**     x05.44

128:17   Q. So, to be clear, you were discussing
128:18 with Mr Rempe how he could assist you in selling
128:19 similar products to the ones listed in "Technology
128:20 after 2008", even though that was Hetronic
128:21 International technology.  Correct?
128:22   A. As far as I recall that was a basis for
128:23 our discussions, yes.
128:24   Q. Okay, and then the next bullet point         P405.1.8
128:25 says:
129:1 MR MATHIAS FRIEDL (VOL. I)

**Designation Run Report**

# HG 30b6 Vol 4 Krottenthaler 2017-04-27

**30b6HG, Vol4 04-27-2017**

**Plaintiff Designations  00:28:28**

**Total Time  00:28:28**



ID:x105

## x105-HG 30b6 Vol 4 Krottenthaler 2017-04-27

| Page/Line | Source | ID |
|---|---|---|
| 679:18 - 679:18 | **30b6HG, Vol4 04-27-2017 (00:00:03)** | **x105.17** |
| | 679:18   Q. I'll mark this as Hetronic Exhibit 110. | P110.1 |
| 679:19 - 679:21 | **30b6HG, Vol4 04-27-2017 (00:00:19)** | **x105.29** |
| | 679:19 Mr. Krottenthaler, in this e-mail Mr. Holzloehner | P110.1.1 |
| | 679:20 refers to a defective RH parts list.  Do you know | |
| | 679:21 what this is? | |
| 679:24 - 679:24 | **30b6HG, Vol4 04-27-2017 (00:00:04)** | **x105.18** |
| | 679:24   A. Can I have a moment to review it? | |
| 679:25 - 680:15 | **30b6HG, Vol4 04-27-2017 (00:01:56)** | **x105.19** |
| | 679:25   Q. Sure.  Let me ask you a better question. | |
| | 680:1 30(B)(6) WITNESSES FOR HETRONIC GERMANY & HYDRONIC | |
| | 680:2 Do you know what the issue is with the part | P110.4.1 |
| | 680:3 KH669833461 referred to in this e-mail? | |
| | 680:4   A. It says it in the description in the back | |
| | 680:5 what the error was, or the defect was. | |
| | 680:6   Q. And what is it? | |
| | 680:7   A. During the manufacturing of that part by | |
| | 680:8 the supplier, most likely the protective coating, | |
| | 680:9 apparently, somehow ran into the dip switch as well. | |
| | 680:10   Q. And were six of these parts returned | |
| | 680:11 because of customer complaints? | |
| | 680:12   A. It says something here about one customer | |
| | 680:13 complaint. | |
| | 680:14   Q. And six pieces were returned? | |
| | 680:15   A. Yes. | |
| 681:23 - 682:3 | **30b6HG, Vol4 04-27-2017 (00:00:28)** | **x105.20** |
| | 681:23   Q. So Hydronic -- I'm sorry.  Hetronic | |
| | 681:24 Germany learned about the issue with KH6698343461 | clear |
| | 681:25 because of a customer complaint, correct? | |
| | 682:1 30(B)(6) WITNESSES FOR HETRONIC GERMANY & HYDRONIC | |
| | 682:2   A. Yes, that one part that this problem | |
| | 682:3 occurred. | |
| 682:14 - 682:22 | **30b6HG, Vol4 04-27-2017 (00:00:39)** | **x105.21** |
| | 682:14   Q. And are you aware if Hetronic Germany | |
| | 682:15 informed the customer that the defective part had | |
| | 682:16 not been obtained from Hetronic, but instead | |
| | 682:17 Hetronic Germany had sourced it directly from a | |
| | 682:18 supplier? | |
| | 682:19   A. No, I don't think so. | |
| | 682:20   Q. Were you aware of a situation with | |

**Appellee's Supp. App. 0760**

| | | |
|---|---|---|
| | **x105-HG 30b6 Vol 4 Krottenthaler 2017-04-27** | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 682:21 malfunctioning KH decoder boards incorporated into | |
| | 682:22 units for Herrenknecht? | |
| 683:3 - 683:4 | **30b6HG, Vol4 04-27-2017 (00:00:23)** | **x105.22** |
| | 683:3 THE WITNESS:  Not specifically, but maybe | |
| | 683:4 you can jog my memory. | |
| 684:9 - 684:10 | **30b6HG, Vol4 04-27-2017 (00:00:03)** | **x105.23** |
| | 684:9 So let's hand you what's been marked as | P111.1 |
| | 684:10 111 so we can move on. | |
| 684:15 - 684:24 | **30b6HG, Vol4 04-27-2017 (00:00:57)** | **x105.24** |
| | 684:15  Q. (BY MS. BERMAN) Mr. Krottenthaler, this is | P111.4.1 |
| | 684:16 an e-mail chain from 2013 that starts with an e-mail | |
| | 684:17 from Mr. Offenbeck to you and Mr. Korfmann with a | |
| | 684:18 copy to Mr. Weithaler. | |
| | 684:19  A. (In English) Yeah. | |
| | 684:20  Q. In that e-mail Mr. Offenbeck tell you that | |
| | 684:21 the ADMO chips have been erased for both decoders | |
| | 684:22 and he puts in parens, silver contact on a | |
| | 684:23 Herrenknecht unit, correct? | |
| | 684:24  A. Yes. | |
| 686:18 - 686:22 | **30b6HG, Vol4 04-27-2017 (00:00:30)** | **x105.25** |
| | 686:18  Q. By question is, did you tell Herrenknecht | |
| | 686:19 that the part that failed had been sourced directly | |
| | 686:20 by Hetronic Germany from a supplier and was not a | |
| | 686:21 Hetronic supplied part, yes or no? | |
| | 686:22  A. No, not specifically in this case. | clear |
| 804:16 - 805:10 | **30b6HG, Vol4 04-27-2017 (00:01:39)** | **x105.26** |
| | 804:16 And my question is, what evidence do | |
| | 804:17 Hetronic Germany and Hydronic have to support their | |
| | 804:18 claim that Hetronic acquiesced to and explicitly | |
| | 804:19 approved defendant's conduct, other than Mr. Rempe's | |
| | 804:20 purported statement to continue running the business | |
| | 804:21 as it had been run? | |
| | 804:22 MR. STEINER:  Objection, asked and | |
| | 804:23 answered.  Go ahead. | |
| | 804:24 THE WITNESS:  And I think this exactly | |
| | 804:25 relates to this statement and is also the reason why | |
| | 805:1 30(B)(6) WITNESSES FOR HETRONIC GERMANY & HYDRONIC | |
| | 805:2 we terminated, because we did what Rempe told us we | |
| | 805:3 were allowed to do. | |
| | 805:4  Q. (BY MS. BERMAN) My question is, other than | |

**Appellee's Supp. App. 0761**

**Designation Run Report**

# HG 30b6 Vol 6 Krottenthaler 2017-05-17

**30b6HG, Vol6 05-17-2017**

**Plaintiff Designations  00:18:33**

**Total Time  00:18:33**



Appellee's Supp. App. 0762

| x110-HG 30b6 Vol 6 Krottenthaler 2017-05-17 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 1050:13 - 1050:23 | **30b6HG, Vol6 05-17-2017 (00:00:39)** | **x110.10** |
| | 1050:13  Q. And then point number 7 says that each new | P136.4.6 |
| | 1050:14 supplier has to be visited by a technician for | |
| | 1050:15 Hetronic International and the responsible | |
| | 1050:16 purchasing manager, right? | |
| | 1050:17  A. It's what here stands, yes. | |
| | 1050:18  Q. And the purpose of that was to evaluate | |
| | 1050:19 the supplier to determine if they would be a new | |
| | 1050:20 supplier? | |
| | 1050:21 MR. STEINER:  Object to the form of the | |
| | 1050:22 question and characterization of a written document. | |
| | 1050:23 THE WITNESS:  It's what here stands, yes. | |
| 1082:5 - 1082:10 | **30b6HG, Vol6 05-17-2017 (00:00:25)** | **x110.11** |
| | 1082:5 I'm going to hand you what's been marked | P140.1 |
| | 1082:6 as Hetronic Exhibit 140 and this is a document that | |
| | 1082:7 was produced last Friday by your counsel, identified | |
| | 1082:8 as documents concerning customer complaints. | |
| | 1082:9 (Exhibit 140 marked for identification.) | |
| | 1082:10  A. Yeah. | |
| 1082:13 - 1082:20 | **30b6HG, Vol6 05-17-2017 (00:00:30)** | **x110.12** |
| | 1082:13  Q. Would you explain to us how this list was | |
| | 1082:14 created? | |
| | 1082:15  A. This list was created -- one moment.  Are | |
| | 1082:16 we talking about the customer complaints? | |
| | 1082:17  Q. Yes. | |
| | 1082:18  A. So researching in our system for the | |
| | 1082:19 customer complaints with the KH numbers and this is | |
| | 1082:20 the numbers we found for termination. | |
| 1088:7 - 1090:25 | **30b6HG, Vol6 05-17-2017 (00:03:37)** | **x110.13** |
| | 1088:7  Q. If you look at pages 2 and 3, where you | S140_3AND4.1 |
| | 1088:8 see the item code in the subject. | |
| | 1088:9  A. Yes. | |
| | 1088:10  Q. So the first one, two -- seven are for the | S140_3AND4.1.1 |
| | 1088:11 same part number, right? | |
| | 1088:12  A. Yeah. | |
| | 1088:13  Q. And what was the issue with that part? | |
| | 1088:14  A. The problem was a relay contact, it was | |
| | 1088:15 not switching correctly every time. | |
| | 1088:16  Q. What kind of part is this? | |
| | 1088:17  A. ES2P module.  What was the question? | |

**Appellee's Supp. App. 0763**

| Page/Line | Source | ID |
|---|---|---|

x110-HG 30b6 Vol 6 Krottenthaler 2017-05-17

1088:18   Q. What is this part?

1088:19   A. It's a module with a relay for the output

1088:20 for the E-stop.

1088:21   Q. So it's a relay?

1088:22   A. Yes, a relay.  Sorry.

1088:23   Q. That's okay.

1088:24 And then if you look at the next two are                    S140_3AND4.1.2

1088:25 the same parts, but it looks like there are maybe

1089:1 30(B)(6) WITNESSES FOR HETRONIC GERMANY AND HYDRONIC

1089:2 two different issues with that part, is that

1089:3 correct, the KH5603270103C?

1089:4   A. It's different issues.

1089:5   Q. So what are -- what were the two issues?

1089:6   A. One issue is the analog channel is not

1089:7 working and the other issue is the current for the

1089:8 module is too high.

1089:9   Q. Okay.  And then for part KH66706112,                    S140_3AND4.1.3

1089:10 there's two of them, and then if you skip the 117s,

1089:11 there's four more -- five more.  Do you see those?

1089:12   A. Yes.

1089:13   Q. What were the issues with KH66706112?

1089:14   A. The first one, the functionality was okay,

1089:15 no fault.

1089:16   Q. Okay.

1089:17   A. The next one the analog channel is not

1089:18 working.

1089:19   Q. Okay.  Then the next five all have the

1089:20 same issue, what's that?

1089:21   A. The next five?  It's also analog channel

1089:22 doesn't work.

1089:23   Q. Okay.  Then if you skip down a few more,

1089:24 there's another entry for 66706112.  Do you see

1089:25 that?

1090:1 30(B)(6) WITNESSES FOR HETRONIC GERMANY AND HYDRONIC

1090:2   A. One moment.

1090:3   Q. It's one, two, three, four, five down from

1090:4 where we were just looking.

1090:5   A. The description is only not function.

1090:6   Q. Then if you look four from the bottom,

1090:7 there's another entry for this -- oh, no, different

Appellee's Supp. App. 0764

| Page/Line | Source | ID |
|---|---|---|

x110-HG 30b6 Vol 6 Krottenthaler 2017-05-17

1090:8 part, never mind.

1090:9   A. Yes.

1090:10   Q. Okay.

1090:11   A. The coder was not -- is not positive to

1090:12 switch on.

1090:13   Q. The last two entries at the bottom for          S140_3AND4.1.4

1090:14 KH68300990, what was the problem there?

1090:15   A. The battery was defect.

1090:16   Q. And how about if you look up at              S140_3AND4.1.5

1090:17 KH67175548, it's about seven from the bottom, I

1090:18 think.

1090:19   A. 5548?

1090:20   Q. Yes, please.

1090:21   A. Okay.  The joystick was not switching

1090:22 correctly.

1090:23   Q. And for any of these parts, did you file a

1090:24 material complaint with the supplier?

1090:25   A. Yes, I think so.

**1091:7 - 1091:10**   **30b6HG, Vol6 05-17-2017 (00:00:12)**          **x110.31**

1091:7   Q. Did Hetronic Germany inform any of the

1091:8 customers who returned these parts for repair that

1091:9 these were not Hetronic sourced parts?

1091:10   A. No.

**1112:22 - 1113:4**   **30b6HG, Vol6 05-17-2017 (00:00:12)**          **x110.14**

1112:22   Q. Let me ask this, are you aware if Hetronic          clear

1112:23 Germany or Hydronic, after termination, ever gave

1112:24 back any of the information they downloaded from

1112:25 H-Pro?

1113:1 30(B)(6) WITNESSES FOR HETRONIC GERMANY AND HYDRONIC

1113:2   A. No.

1113:3   Q. They did not?

1113:4   A. I don't think so.

**1116:21 - 1116:23**   **30b6HG, Vol6 05-17-2017 (00:00:17)**          **x110.15**

1116:21   Q. Sitting here today, did -- can you say

1116:22 whether you uploaded any systems with KH parts?

1116:23   A. I don't know.  I don't know.

**1117:5 - 1117:15**   **30b6HG, Vol6 05-17-2017 (00:00:41)**          **x110.16**

1117:5   Q. Do you think sitting here that you

1117:6 uploaded information to H-Pro with -- about systems

1117:7 that contained KH parts?

Appellee's Supp. App. 0765

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4    HETRONIC INTERNATIONAL, INC.,

 5            Plaintiff,

 6    vs.                              Case No. CIV-14-650-F

 7    HETRONIC GERMANY GMBH, et al.,

 8            Defendants.

 9    ----------------------------

10

11                 JURY TRIAL PROCEEDINGS

12           BEFORE THE HONORABLE STEPHEN P. FRIOT

13                UNITED STATES DISTRICT JUDGE

14                    FEBRUARY 13, 2020

15                       VOLUME I

16                       9:00 A.M.

17

18                      APPEARANCES

19    FOR THE PLAINTIFF: Ms. Debbie L. Berman and Wade Thomson,
      Jenner & Block, LLP-Chicago, 353 N. Clark Street, Chicago, IL
20    60654
      Mr. Samuel R. Fulkerson, Ogletree Deakins Nash Smoak & Stewart,
21    101 Park Ave., Ste. 1300, Oklahoma City, OK 73102

22    FOR THE DEFENDANTS: Mr. Anton J. Rupert, Mr. Geren T. Steiner,
      Rupert & Steiner, PLLC, 14001 Quail Springs Parkway, Oklahoma
23    City, OK 73134

24

      Proceedings recorded by mechanical stenography; transcript
25    produced by computer-aided transcription.
```

*Tracy Thompson, RDR, CRR*
United States Court Reporter
U.S. Courthouse, 200 N.W. 4th St.
Oklahoma City, OK 73102 * 405.609.5505

**Appellee's Supp. App. 0766**

```
 1  Oklahoma City.

 2      And then we also have Hetronic USA and Hetronic USA

 3  manufactures and distributes our radio remote controls.

 4  Q.   Mr. Glandon, how are Hetronic's products sold?

 5  A.   Through a very unique distribution system.

 6  Q.   So let's talk about Hetronic's unique distribution system

 7  a little more.

 8      I'd like you to turn your attention to Hetronic Exhibit

 9  1703.

10      What is that, please?

11  A.   This is a document I had created describing how our

12  distribution system works.

13  Q.   Will it assist you in your testimony?

14  A.   Yes.

15          MS. BERMAN:  Your Honor, I request to be able to

16  publish this to the jury.

17          THE COURT:  Any objection?

18          MR. RUPERT:  Not as a demonstrative, Your Honor.

19          THE COURT:  Very well.

20      You may proceed.

21          MS. BERMAN:  Thank you, Your Honor.

22  Q.   (BY MS. BERMAN) So, Mr. Glandon, would you please explain

23  the first way shown on your chart that Hetronic uses to sell

24  its radio remote controls?

25  A.   Sure.  So as it says there, "direct sales," so as we
```

**Appellee's Supp. App. 0767**

1  manufacture our radio remote controls, we sell them directly to

2  OEM customers and installers as you see them as a finished

3  product.

4      Also, we sell replacement component parts directly to

5  those customers as well.

6  Q.   Does Hetronic International, who we've been calling

7  "Hetronic" this morning and is the plaintiff in this case, sell

8  radio remote controls directly to customers?

9  A.   No.  Hetronic International is the parent.  We sell

10 through our manufacturing locations, such as Hetronic USA that

11 I mentioned a moment ago.

12 Q.   And what's the relationship between Hetronic and Hetronic

13 USA and the other Hetronic manufacturing facilities?

14 A.   All of Hetronic is a subsidiary of Methode Electronics and

15 all of the financials for all of the various Hetronic business

16 units roll up under Hetronic International.

17 Q.   Mr. Glandon, would you give us an example of an equipment

18 manufacturer that Hetronic sells direct to?

19 A.   Sure.  Here in Oklahoma City, we sell to Halliburton, for

20 example.

21 Q.   What does Halliburton use Hetronic radio remote controls

22 for?

23 A.   They have a device that closes off their well heads and

24 pumps the well heads with concrete and we have a remote control

25 that controls the use and function of that device.

**Appellee's Supp. App. 0768**

1    components.

2    Q.   So if someone just bought the same toggle switch from your

3    same supplier, it would not actually be the same part that you

4    were installing on your radio remote controls; is that correct?

5    A.   That's correct.

6    Q.   Have you had to replace any of your suppliers for quality

7    issues?

8    A.   Sure; several.

9    Q.   Would you give us an example of that?

10   A.   I believe it was Metallux who was our joystick supplier.

11   Q.   Do you know if defendants --

12            THE COURT:  Spell that again, please.  Spell that

13   name.

14            THE WITNESS:  M-E-T-T-A-L-U-X (sic).

15            THE COURT:  Okay.  You may proceed.

16   Q.   (BY MS. BERMAN) Mr. Glandon, do you know if the defendants

17   bought KH parts from Metallux?

18   A.   Yeah, my understanding through this litigation is that

19   they did and that they had issues with them.

20   Q.   Mr. Glandon, are you aware of anyone at Methode being told

21   that -- by the defendants that they were buying essential

22   components, like coder boards and housings, from suppliers

23   other than from Hetronic?

24   A.   No.

25   Q.   Are you aware of anyone at Methode being told that

1  defendants were actually installing these counterfeit KH parts

2  in Hetronic systems?

3  A.   No.

4  Q.   Did Hetronic ever intend to waive any of Hetronic Germany

5  and HCEE's contractual obligations to use only Hetronic parts

6  or parts approved by Hetronic in writing?

7  A.   No.

8  Q.   Did Hetronic ever intend to acquiesce to the defendants'

9  use of counterfeit parts in Hetronic-branded systems?

10  A.   No.

11  Q.   Are you aware that the defendants in this case have argued

12  that Hetronic knew that they were creating their own parts

13  because they publicly displayed them at a trade show?

14  A.   Yes.

15  Q.   How many different products does Hetronic have?  I know we

16  looked at the major product lines, but how many products does

17  Hetronic have?

18  A.   Well, there's probably around 12 different transmitters,

19  but we've got hundreds and hundreds of different components

20  that makes it to where these assemblies can be literally

21  thousands of different variations.

22  Q.   And when you were president of Hetronic, were you familiar

23  with all these thousands of variations?

24  A.   No, absolutely not.

25  Q.   With your familiarity of Hetronic, first as supervising

*Tracy Thompson, RDR, CRR*
United States Court Reporter
U.S. Courthouse, 200 N.W. 4th St.
Oklahoma City, OK 73102 * 405.609.5505

**Appellee's Supp. App. 0770**

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4   HETRONIC INTERNATIONAL, INC.,

 5            Plaintiff,

 6   vs.                              Case No. CIV-14-650-F

 7   HETRONIC GERMANY GMBH, et al.,

 8            Defendants.

 9   ----------------------------

10                     JURY TRIAL PROCEEDINGS

11              BEFORE THE HONORABLE STEPHEN P. FRIOT

12                  UNITED STATES DISTRICT JUDGE

13                       FEBRUARY 19, 2020

14                          VOLUME IV

15                          9:00 A.M.

16

17                         APPEARANCES

18   FOR THE PLAINTIFF: Ms. Debbie L. Berman and Wade Thomson,
     Jenner & Block, LLP-Chicago, 353 N. Clark Street, Chicago, IL
19   60654
     Mr. Samuel R. Fulkerson, Ogletree Deakins Nash Smoak & Stewart,
20   101 Park Ave., Ste. 1300, Oklahoma City, OK 73102

21   FOR THE DEFENDANTS: Mr. Anton J. Rupert, Mr. Geren T. Steiner,
     Rupert & Steiner, PLLC, 14001 Quail Springs Parkway, Oklahoma
22   City, OK 73134

23

24   Proceedings recorded by mechanical stenography; transcript
     produced by computer-aided transcription.
25
```

*Tracy Thompson, RDR, CRR*
United States Court Reporter
U.S. Courthouse, 200 N.W. 4th St.
Oklahoma City, OK 73102 * 405.609.5505

**Appellee's Supp. App. 0771**

1  A.   No.

2  Q.   Mr. Bulling, now let's talk about key words and meta tags

3  using Hetronic for search engine optimization, okay?

4  A.   Okay.

5  Q.   And search engine optimization is the optimization from a

6  home page to get better rankings in certain searches, right?

7  A.   Yes.

8  Q.   So if you wanted to advertise NOVA, you create a site and

9  use the word "NOVA" very often?

10  A.   Right.

11  Q.   And it was important for Abitron to maintain search

12  rankings for its new websites when it was launched, right?

13  A.   Of course.

14  Q.   And to maintain those search rankings, you consulted with

15  your technical consultant, Mr. Koch?

16  A.   Probably, yes.

17  Q.   And he optimized the metadata for you, correct?

18  A.   I think so, he and Ms. Hafner.

19  Q.   And he told your company to concentrate on certain -- on a

20  certain word on a certain page to do that?

21  A.   Yeah.

22  Q.   And one of the steps you took to make sure you maintained

23  search engine optimization was using the Hetronic name on the

24  Abitron website?

25  A.   Yes.

**Appellee's Supp. App. 0772**

```
 1   Q.   Okay.  I'd now like you to turn to Exhibit 261, please.

 2        And this is an e-mail chain between you and Ms. Hammerer

 3   that you testified about at your deposition, correct?

 4   A.   Yes.

 5        MS. BERMAN:  Your Honor, I move Hetronic Exhibit 261

 6   into evidence.

 7        MR. RUPERT:  No objection.

 8        THE COURT:  It will be received.

 9        MS. BERMAN:  Your Honor, request that it be published

10   to the jury.

11        THE COURT:  You may.

12        MS. BERMAN:  Thank you.

13   Q.   (BY MS. BERMAN)  The first e-mail is an e-mail from you to

14   Ms. Hammerer, managing director of Abitron, on October 5, 2015,

15   correct?

16   A.   Yes.

17   Q.   And you are telling her that you still use the Hetronic --

18   the key word "Hetronic" several times on your home page?

19   A.   Yes.

20   Q.   And Hetronic's use of the key word "Hetronic" was intended

21   to increase your search engine optimization?

22   A.   Of course.

23   Q.   Abitron used the "Hetronic" word in the History of the

24   Company section?

25   A.   Yes.
```

1  Q.   And you also used the "Hetronic" word in meta tags?

2  A.   Yes.

3  Q.   And meta tags are in the code of the web page, they're not

4  usually visible to the customer, right?

5  A.   Correct.

6  Q.   Instead, the meta tags are used by search engines and

7  rankings to determine if the website should appear in search

8  results for that word, right?

9  A.   Pardon me, I didn't get that one.

10  Q.   Sure.

11      Meta tags are used by the search engines and rankings to

12  determine if a website should appear in the search results for

13  that particular word.

14  A.   The position of the website, yes.

15  Q.   And you used the word "Hetronic" many times as a meta tag

16  on the home page, correct?

17  A.   I guess so, yes.

18  Q.   And the purpose of you using Hetronic as a meta tag many

19  times on the Abitron website was so that the Abitron website

20  would appear higher in search rankings if someone typed

21  "Hetronic" into Google?

22  A.   That's the result, yes.

23  Q.   In a response to your e-mail that we were just looking at,

24  Ms. Hammerer ordered you to remove all references to Hetronic

25  because there might be a legal problem with you continuing to

**Appellee's Supp. App. 0774**

1  use Hetronic meta tags on your website, correct?

2  A.   Correct.

3  Q.   And in response to Ms. Hammerer's order, you raised a

4  concern because Abitron would no longer appear in searches for

5  Hetronic, right?

6  A.   Yes, I was worried about our company history and that we

7  wouldn't be found anymore searching for Hetronic.  I didn't

8  know that at that time.

9  Q.   And you raised a concern with Ms. Hammerer that Abitron

10 would no longer appear in searches for Hetronic, right?

11 A.   Right.

12 Q.   And you had a concern that removing the word "Hetronic"

13 would affect Abitron's website rankings?

14 A.   Yes.

15 Q.   And you personally thought it would be helpful to have the

16 traffic searching for Hetronic to go to the Abitron website?

17 A.   Yes, I did.

18 Q.   And at least in October of 2015, Abitron's website

19 appeared higher in Google search rankings than the Hetronic

20 website if someone searched the term "Hetronic"?

21 A.   I don't know if it was world-wide, but it was definitely

22 in case if someone would search in Bavaria, for example.

23 Q.   And that was due to Hetronic's use of the word -- of --

24 I'm sorry.

25      And that was due to Abitron's use of the word "Hetronic"?

**Appellee's Supp. App. 0775**

```
 1   A.   Probably, yes.
 2   Q.   Okay.  So let's just confirm all the ways that Abitron
 3   used the Hetronic name after termination.
 4        If you recall, in your Abitron Germany deposition, you
 5   testified that Abitron used domain names incorporating
 6   "Hetronic" to redirect traffic to the Abitron website?
 7   A.   Yes.
 8   Q.   And isn't it a fact that in your deposition, as Abitron
 9   Germany's representative, you testified that Abitron used
10   e-mail addresses incorporating "Hetronic" in order to receive
11   e-mails at Abitron?
12   A.   Yes.
13   Q.   And isn't it a fact that you testified at your deposition,
14   as the Abitron Germany representative, that Abitron used the
15   term "Hetronic" as a meta tag to the point where Abitron came
16   up higher ranked than Hetronic in response to Google searches
17   for Hetronic in your territory?
18   A.   Probably, yes.
19   Q.   And when you were doing all of this, the distribution
20   license agreements had been terminated?
21   A.   Yes.
22   Q.   And at your -- isn't it a fact, at your deposition, as
23   Hetronic Germany's representative, you testified that Hetronic
24   did not give Abitron permission to use the name "Hetronic" as a
25   meta tag on your website in order to increase your search
```

**Appellee's Supp. App. 0776**

REIMER BULLING - DIRECT BY MS. BERMAN                          264

1  rankings?

2  A.   That's correct.

3  Q.   And isn't it a fact, at your deposition, as Abitron

4  Germany's representative, you testified that Hetronic did not

5  give Abitron permission to use its trademarks to redirect

6  traffic to Abitron's website?

7  A.   Correct.

8  Q.   And Abitron continued to do all of these things for some

9  time, even after Hetronic had sued Hetronic Germany and HCEE,

10 correct?

11 A.   Yes.

12 Q.   And at your -- and isn't it a fact, at your deposition, as

13 Hetronic Germany's representative, you testified that none of

14 these things happened by accident?

15 A.   That's correct.

16 Q.   And isn't it a fact, at your deposition, as Abitron

17 Germany's representative, you testified that they were all

18 intentional to benefit Abitron?

19 A.   Of course.

20 Q.   And it was beneficial for your company to be able to

21 continue to receive e-mails sent to your employees' old

22 Hetronic e-mail addresses?

23 A.   Of course, the customer wanted to reach our employees.

24 Q.   And it was, of course, beneficial for your company to have

25 its website appear higher in search rankings than Hetronic

**Appellee's Supp. App. 0777**

```
 1                   IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4    HETRONIC INTERNATIONAL, INC.,

 5            Plaintiff,

 6    vs.                              Case No. CIV-14-650-F

 7    HETRONIC GERMANY GMBH, et al.,

 8            Defendants.

 9    ----------------------------

10                         JURY TRIAL PROCEEDINGS

11                BEFORE THE HONORABLE STEPHEN P. FRIOT

12                   UNITED STATES DISTRICT JUDGE

13                       FEBRUARY 21, 2020

14                          VOLUME VI

15                          9:00 A.M.

16

17                         APPEARANCES

18    FOR THE PLAINTIFF: Ms. Debbie L. Berman and Wade Thomson,
      Jenner & Block, LLP-Chicago, 353 N. Clark Street, Chicago, IL
19    60654
      Mr. Samuel R. Fulkerson, Ogletree Deakins Nash Smoak & Stewart,
20    101 Park Ave., Ste. 1300, Oklahoma City, OK 73102

21    FOR THE DEFENDANTS: Mr. Anton J. Rupert, Mr. Geren T. Steiner,
      Rupert & Steiner, PLLC, 14001 Quail Springs Parkway, Oklahoma
22    City, OK 73134

23

24
      Proceedings recorded by mechanical stenography; transcript
25    produced by computer-aided transcription.
```

*Tracy Thompson, RDR, CRR*
United States Court Reporter
U.S. Courthouse, 200 N.W. 4th St.
Oklahoma City, OK 73102 * 405.609.5505

**Appellee's Supp. App. 0778**

JONATHAN BOBB - DIRECT BY MR. THOMSON                                344

1    Q.    And why not?

2    A.    Twofold:  One, Mr. Rempe had certain devices when he left

3    Hetronic that he had thrown away subsequent, after he left;

4    additionally, I saw evidence where Mr. Rempe had run a file

5    deletion program on two of the computers that I examined.

6    Q.    And, again, at a very high level, Mr. Bobb, we'll get into

7    it in more details.

8          Were you asked to do anything specifically related to the

9    defendants in this lawsuit?

10   A.    Yes, I was.

11   Q.    And what was that?

12   A.    I was asked to identify if any information had been shared

13   with the defendants.

14   Q.    Okay.  And after all the forensic work that you did in

15   this matter, did you come to any opinions in this matter?

16   A.    Yes, I did.

17   Q.    And can you share those opinions with us at a high level,

18   please?

19   A.    Sure.

20         First opinion was that Mr. Rempe took hundreds of Hetronic

21   documents when he left Hetronic and brought them to AZ Control

22   Solutions.

23         Secondly, Mr. Rempe intentionally took other Hetronic

24   documents.

25         And, last, Mr. Rempe shared some of the Hetronic documents

**Appellee's Supp. App. 0779**

1  that he took with the defendants, with the Fuchs companies.

2  Some of those documents were deemed to be confidential in the

3  Rempe litigation.

4  Q.   And, Mr. Bobb, did you assist in preparing a demonstrative

5  for purposes of your testimony today?

6  A.   Yes, I did.

7  Q.   And would it aid you in your testimony today?

8  A.   It certainly would.

9  Q.   Okay.

10        MR. THOMSON:  If you can please bring up that

11  demonstrative.  And go to Slide 2, please, Dillon.

12  Q.   (BY MR. THOMSON)  Are these the overall conclusions you

13  came to that you just gave us, Mr. Bobb?

14  A.   Yes, they are.

15  Q.   Okay.  And let's talk about the first one, please.

16        MR. THOMSON:  You can take that down for a second,

17  Dillon.  Thanks.

18  Q.   (BY MR. THOMSON)  That opinion concerning -- that

19  Mr. Rempe took hundreds of Hetronic documents, you mentioned

20  that he went to someplace called AZ Control Solutions or he

21  took those to AZ Control.  At a high level, what was that a

22  reference to?

23  A.   AZ Control Solutions was the company that Mr. Rempe worked

24  at, as his Hetronic --

25  Q.   That was his consulting company?

*Tracy Thompson, RDR, CRR*
United States Court Reporter
U.S. Courthouse, 200 N.W. 4th St.
Oklahoma City, OK 73102 * 405.609.5505

**Appellee's Supp. App. 0780**

```
 1                IN THE UNITED STATES DISTRICT COURT

 2               FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4   HETRONIC INTERNATIONAL, INC.,

 5            Plaintiff,

 6   vs.                              Case No. CIV-14-650-F

 7   HETRONIC GERMANY GMBH, et al.,

 8            Defendants.

 9   ----------------------------

10

11                  JURY TRIAL PROCEEDINGS

12         BEFORE THE HONORABLE STEPHEN P. FRIOT

13              UNITED STATES DISTRICT JUDGE

14                   FEBRUARY 26, 2020

15                      VOLUME IX

16                      9:00 A.M.

17

18                     APPEARANCES

19   FOR THE PLAINTIFF: Ms. Debbie L. Berman and Wade Thomson,
     Jenner & Block, LLP-Chicago, 353 N. Clark Street, Chicago, IL
20   60654
     Mr. Samuel R. Fulkerson, Ogletree Deakins Nash Smoak & Stewart,
21   101 Park Ave., Ste. 1300, Oklahoma City, OK 73102

22   FOR THE DEFENDANTS: Mr. Anton J. Rupert, Mr. Geren T. Steiner,
     Rupert & Steiner, PLLC, 14001 Quail Springs Parkway, Oklahoma
23   City, OK 73134

24   Proceedings recorded by mechanical stenography; transcript
     produced by computer-aided transcription.
25
```

*Tracy Thompson, RDR, CRR*
United States Court Reporter
U.S. Courthouse, 200 N.W. 4th St.
Oklahoma City, OK 73102 * 405.609.5505

**Appellee's Supp. App. 0781**

1      Do you understand my two buckets?

2  A.   I do.

3  Q.   The first bucket, the things that Torsten Rempe sent to a

4  defendant after Mr. Rempe left Hetronic International --

5          MR. RUPERT:  Plaintiff Demonstrative 7 was already

6  used during Mr. Bobb and I would like to have that up, please.

7  Q.   (BY MR. RUPERT) And he, Mr. Bobb, went through with me and

8  talked about these two things that he found Mr. Rempe gave to

9  someone on the defendants' side of the fence, right?

10 A.   Correct.

11 Q.   The first is a weekly purchases history?

12 A.   Yes.

13 Q.   And the second is a quote calculation sheet?

14 A.   Correct.

15 Q.   And the other were things he saw had been taken from

16 Hetronic International, but he was not able to tie that they

17 got into the hands of defendants; is that fair?

18 A.   That's correct.

19 Q.   Okay.  Let's just talk about the first one, the weekly --

20 the chart of weekly purchases.  And that's already in evidence

21 as Plaintiff's Exhibit 154.

22     And if we can just go to the second page so we can remind

23 ourselves of what these are.

24          MR. RUPERT:  If you want, you could grab the upper

25 left corner of that, Ms. McGuire, just so we get a flavor for

TIM GLANDON - DIRECT BY MR. RUPERT                              734

```
 1   it.
 2       What we have -- could you go over one more so there's a
 3   week, please, because these are weekly purchases.
 4   Q.  (BY MR. RUPERT) We can see up there this is the week of
 5   May 4, 2013, May 1, 2015, right?
 6   A.  Correct.
 7   Q.  And then down below, we see the trade vendors, so Abstract
 8   Electronic is the first one.
 9       And in the week of May 11, 2013, it looks like it's $685?
10   A.  Yes.
11   Q.  These are purchases from suppliers, right, sir?
12   A.  Correct.
13   Q.  And it doesn't tell you what product is being bought from
14   the supplier, true?
15   A.  Does not.
16   Q.  It doesn't tell you what price is being paid from the
17   supplier?
18   A.  Does not.
19   Q.  As a general rule, don't suppliers advertise?  Don't they
20   want you to know who they are?
21   A.  Sure.
22   Q.  Don't they go to trade fairs?
23   A.  Sure.
24   Q.  And would this be comparable to me saying I spent $100 at
25   Home Depot, but Lowe's, their competitor, doesn't know what I
```

**Appellee's Supp. App. 0783**

TIM GLANDON - DIRECT BY MR. RUPERT                    735

1   bought or what their prices are they're going to have to beat?

2   A.   You're going to have to try that one again.

3   Q.   I'll just drop it.  It's not that important.

4        This does show who the suppliers are, though, right, sir?

5   A.   Yes, it does.

6   Q.   Without showing prices or which product is being bought?

7   A.   Correct.

8   Q.   All right.  Didn't Hetronic Germany already know who all

9   the suppliers were?

10  A.   Shouldn't have, no.

11  Q.   Well, let's talk about that.

12       Ingrid Diermeier worked at Hetronic Germany, right?

13  A.   I don't know all of Hetronic Germany's employees, so...

14  Q.   Okay.  Well, a lot of the employees at Hetronic Germany

15  had been employed at Hetronic Deutschland when it was run by

16  Mr. Heckl, right?

17  A.   Yes.

18  Q.   And someone was in charge of the buying.  I'm going to

19  suggest to you it was Ingrid Diermeier, but we'll look at the

20  numbers and see.

21  A.   Okay.

22  Q.   But under Deutschland, wasn't Deutschland itself

23  purchasing the supplies?

24  A.   Not in 2014.  A different supplier list.

25  Q.   2014 is Hetronic Germany.  I'm going back to before

*Tracy Thompson, RDR, CRR*
United States Court Reporter
U.S. Courthouse, 200 N.W. 4th St.
Oklahoma City, OK 73102 * 405.609.5505

**Appellee's Supp. App. 0784**

1   Q.   Mr. Glandon, you were asked a lot of questions about

2   confidential information by Mr. Rupert; do you remember that?

3   A.   Yes.

4   Q.   And under the distribution agreement, for what purpose

5   could the defendants use any confidential information that

6   Hetronic supplied to them?

7   A.   To assemble and distribute Hetronic products.

8   Q.   And could they use it to reverse-engineer products?

9   A.   Absolutely not.

10  Q.   Could they use it to --

11       THE COURT:  Excuse me.  Could you pull the microphone

12  just a little closer.

13       THE WITNESS:  Sure.

14       THE COURT:  Go ahead.

15  Q.   (BY MS. BERMAN) Could defendants use Hetronic's

16  confidential information to compete unfairly against it?

17  A.   No.

18  Q.   And, Mr. Glandon, if we could pull up Exhibit 154, please.

19       And you testified quite a bit about this document in your

20  direct examination.

21       Would you remind the jury why information concerning who

22  you were buying from and how much you were buying, even if it

23  didn't include the specific parts, as confidential and what

24  that can tell competitors about what you're doing?

25  A.   Sure.

**Appellee's Supp. App. 0785**

1      We select our suppliers and then we validate that they're

2  the right suppliers for us.  And that's a long, burdensome

3  process.  And we go through that verification process to assure

4  that we have good suppliers.

5      We don't want to share that information with our

6  competitors so that if they're out looking for suppliers they

7  know exactly what Hetronic is supplying.  We want them to have

8  to go look on their own, find their own suppliers, not go to

9  our supplier list and, oh, that sounds like a good supplier.

10  We don't want them to have the ability to do that.

11  Q.   And, Mr. Glandon --

12          MS. BERMAN:  If we could show him Exhibit 405,

13  please.

14  Q.   (BY MS. BERMAN) If you recall, you testified about this in

15  your direct, this agenda about documents that were being

16  requested from Mr. Rempe; do you recall that?

17  A.   Yes.

18  Q.   And included on this list was information about suppliers,

19  right?

20  A.   Correct.

21  Q.   And, Mr. Glandon, if all this information is as public as

22  the defendants are suggesting, what possible explanation can

23  you come up with for why Mr. Rempe took this information when

24  he left Hetronic, then shared it with defendants when he was

25  being a paid consultant for them?

*Tracy Thompson, RDR, CRR*
United States Court Reporter
U.S. Courthouse, 200 N.W. 4th St.
Oklahoma City, OK 73102 * 405.609.5505

**Appellee's Supp. App. 0786**

```
 1   A.   Makes no sense.  They had no need for it.
 2            MS. BERMAN:  If we could pull up Defendants' Exhibit
 3   473, please.
 4   Q.   (BY MS. BERMAN) Mr. Glandon, you were showed this in your
 5   examination this morning; do you recall that?
 6   A.   Yes.
 7   Q.   And does Exhibit 473 contain the same information as
 8   Hetronic's weekly purchase report?
 9   A.   No, clearly does not.
10            MS. BERMAN:  If you could flip maybe to the next page
11   so he could see the list.
12   Q.   (BY MS. BERMAN) How is it different?
13   A.   I mean, it's just giving a list of supply names, it
14   doesn't say anything about purchases or quantity -- dollar
15   volume or anything.
16   Q.   Can you tell from this list when anything was actually
17   purchased from these suppliers?
18   A.   No.
19   Q.   Or the volume of what was purchased?
20   A.   No.
21            MS. BERMAN:  Could we go back to the first page,
22   please.
23   Q.   (BY MS. BERMAN) Mr. Glandon, if you see, the date is April
24   21, 2008?
25   A.   Correct.
```

aas Hetmaic

ABITRON

| | | |
|---|---|---|
| ABITRON Germany GmbH - Adalbert-Stifter-Strasse 2 - 84085 Langquaid | **A/R invoice: 311610186** | |
| **Teupen Maschinenbau GmbH**<br>Marie-Curie-Str. 13<br><br>48599 GRONAU-EPE<br>GERMANY | from<br>KD-No/ Contact<br>Your order4500036377<br>Officer<br>Tel.<br>Email<br>Client advisor<br>Page | 20.12.2016<br>20097/Mrs. Bußwoller<br>06.12.2016<br>Daniela Ottl<br>0049(0)9452/189-484<br>daniela.ottl@abitron.de<br>Barth, Dennis<br>1/2 |

| Description | | Quantity | Price | Total EUR |
|---|---|---|---|---|
| Based on delivery note 211610862 dated 19-12.2016 | | | | |
| 2500982.B-458 | **TEU-3.1 GL2 Prop-4L 3.6V red/TEU-3.1 RX MOD 400x250 USA KSP**<br><br>1 GL2-W transmitter red with<br>1 reed contact<br>4 linear levers<br>4 toggle switches (T-0-T)<br>1 toggle switch (R-0-R)<br>1 toggle switch (R-0-T) incl. (Start) function<br>1 STOP switch (Push Pull)<br>1 key-operated switch (O-R-(R))<br><br>with battery empty caution via LED(10 min.) and buzzer<br>with dead man's key Sil for stage functions<br><br>1 receiver in 400x250 housing with<br>2-fold self-monitoring emergency stop<br>4 dig. outputs 2..5..8V<br>14 Output relay<br>Output wiring directly to 4.3m shielded connection cable<br><br>System with "Free Channel Search HF Tel"<br><br>set to scan mode FCS (1,2,3,4 ?) *** *** *** *** *** *** ***<br>*** *** *** *** ***<br><br>Note: Attach receiver nameplate to receiver cover Transmitter and<br>receiver with TEUPEN logo<br><br>inclusive of:<br>1 neck strap<br>3 replaceable batteries<br>1 charger BCM-1 DC with flat receptacles<br>1 charger BCM-1 AC<br>1 magnet<br>1 antenna Dual Band<br>1 antenna extension TNC-TNC 3m<br><br>USA, TRT 458MHz, FCS-Mode<br><br>System number:<br>1207148<br>Country of origin: Germany/Customs tariff number:<br>85269200/Preferential origin: no | 1 unit | 3.264,75 | 3.264,75 |
| | Subtotal | | | 3.264,75 |
| | Freight (domestic) | | | 12,90 |
| | **Net amount EUR** | | | **3.277,65** |
| | Value added tax at 19.0% on 3277.65 | | | 622,75 |
| | **Total price EUR** | | | **3.900,40** |
| Terms of payment<br>Type of dispatch | 10 days 5% discount, 60 days net<br>UPS Standard "plus shipping costs"<br>1ZE4229W684947780B | | | |

ABITRON Germany GmbH - Adalbert-Stifter-Straße 2 - 84085 Langquaid - Tel. +49 (0)9452 189-0 - Fax. +49 (0)9452 189-201 - info@abitron.de -
www.abitronremote.com Raiffeisenfandesbank Oberösterreich - Account 8308884 - BLZ 740 201 00 - IBAN DE71 7402 0100 0008 3088 84 - SWIFT/BIC
RZOODE77 Director: Mrs Daniela Hammerer | LLM.oec. - HRB-No. 14310 - UID-No.: DE815511713

CONFIDENTIAL                                    HG3871738_T



**PLAINTIFF'S EXHIBIT 225**
CIV-14 Appellee's Supp. App. 0788




ABITRON Germany GmbH - Adalbert-Stifter-Strasse 2 - 84085 Langquaid

**Teupen Maschinenbau GmbH**

Marie-Curie-Str. 13

48599 GRONAU-EPE GERMANY

**A/R invoice: 311509657**

| | |
|---|---|
| From | 03.12.2015 |
| KD-No/ Contact | 20097 |
| Your order | 4500025004 16.11.2015 Item 40 |
| Officer | Daniela Ottl |
| Tel. | 0049(0)9452/189-484 |
| Email | daniela.ottl@abitron.de |
| Client advisor | Striegl, Michael |
| Page | 1/2 |

| Item No. | Description | Quantity | Price | Total EUR |
|---|---|---|---|---|
| Based on delivery note 211510295 dated 02.12.2015 | | | | |
| **Please note that the address modules listed under "Inclusive text" in Your order are not included. They are listed and calculated in an extra item.** | | | | |
| Z500982.B-SE458 | **TEU-3.1 GL2 Prop-4I_ 3,6V red USA KSP**<br>1 reserve transmitter with new system number<br>1 GL2-W transmitter red with reed contact<br>1 push button (Start)<br>1 STOP switch (push-pull)<br>1 key switch<br>Battery empty caution via LED (10 min.) and buzzer<br>4 linear levers<br>4 toggle switches T-0-T<br>1 toggle switch R-0-R<br>1 toggle switch R-0-T<br><br>with dead man's key Sil for stage functions<br>System with "Free Channel Search HF Tel"<br><br>set to scan mode FCS (1,2,3,4 ?)*** ***<br><br>Note: Transmitter with TEUPEN logo<br><br>**Inclusive of:**<br>**1 shark belt**<br>**1 battery pack**<br>**1 magnet**<br><br><br>System number:<br>1204103<br>Country of origin: Germany/Customs tariff number:<br>85269200/Preferential origin: no | 1 unit | 1.829,96 | 1.829,96 |
| GERMANY | **Address module ADMO Unit** | 2 units | 11,50 | 23,00 |
| *3715/1793* | * Programmed to the same system number as the above reserve transmitter * * * *<br>Country of origin: Germany/Customs tariff number:<br>85299065/Preferential origin: no | | | |
| Note; For safety reasons, it is not permitted to operate several transmitters with the same address at the same time if they are not locked against each other.<br><br>The operator of this radio remote control must ensure that both transmitters cannot be operated simultaneously.<br><br>You must pass on this warning message with the substitute/reserve transmitter if you do not remove the previous transmitter from service. | | | | |
| | Subtotal | | | **1.852,96** |
| | Freight (domestic) | | | 8,90 |
| | Net amount EUR | | | **1.861,86** |

ABITRON Germany GmbH - Adalbert-Stifter-Straße 2 - 84085 Langquaid - Tel. +49 (0)9452 189-0 - Fax. +49 (0)9452 189-201 - info@abitron.de -
www.abitronremote.com Raiffeisenfandesbank Oberösterreich - Account 8308884 - BLZ 740 201 00 - IBAN DE71 7402 0100 0008 3088 84 - SWIFT/BIC
RZOODE77 Director: Mrs Daniela Hammerer | LLM.oec. - HRB-No. 14310 - UID-No.: DE815511713

CONFIDENTIAL                                                    HG3857998

**Appellee's Supp. App. 0789**




| ABITRON Germany GmbH - Adalbert-Stifter-Strasse 2 - 84085 Langquaid | **Outgoing invoice: 311605042** | |
|---|---|---|
| | from | 30.06.2016 |
| **Teupen Mechanical Engineering GmbH** | KD-No/Contact | 20097/Mr. Hildering |
| Marie-Curie-Str. 13 | Your order | 4500031335/20.06.2016 |
| | Officer | Petra Di Varano |
| 48599 GRONAU-EPE | Tel. | 0049(0)9452/189-411 |
| GERMANY | Email | petra.divarano@abitron.de |
| | Client advisor | Dennis Barth |
| | Page | 1/2 |

| Item No. | Description | Quantity | Price | Total EUR |
|---|---|---|---|---|
| Based on delivery note 211605488 dated 30.06.2016 | | | | |
| Z500982.B-SE458 | **TEU-3.1 GL2 Prop-4L 3.6V red USA KSP** | 1 unit | 1.829,96 | 1.829,96 |
| *3715/1915* | 1 replacement transmitter for # 181237 | | | |
| | | | | |
| | 1 GL2-W transmitter red with reed contact | | | |
| | 1 push button (Start) | | | |
| | 1 STOP switch (Push-Puli) | | | |
| | 1 key switch | | | |
| | Battery empty warning via LED(10 min.) and buzzer | | | |
| | 4 linear levers | | | |
| | 4 toggle switches T-0-T | | | |
| | 1 toggle switch R-0-R | | | |
| | 1 toggle switch R-0-T | | | |
| | with dead man's key Sil for stage functions | | | |
| | | | | |
| | System with "Free Channel Search HF Tel" | | | |
| | | | | |
| | set to scan mode FCS (1,2,3,4 ?)*** *** | | | |
| | | | | |
| | Note: Transmitter with TEUPEN logo | | | |
| | | | | |
| | **inclusive of:** | | | |
| | **1 neck strap** | | | |
| | **1 replaceable battery** | | | |
| | **1 magnet** | | | |
| | | | | |
| | System number: | | | |
| | 181237 | | | |
| | Country of origin: Germany/Customs tariff number: | | | |
| | 85269200/Preferential origin: no | | | |
| Note: For safety reasons it is not permitted to operate several transmitters with the same address at the same time if they are not locked against each other. | | | | |
| | | | | |
| The operator of this radio remote control must ensure that both transmitters cannot be operated simultaneously. | | | | |
| | | | | |
| You must pass on this warning message with the substitute/reserve transmitter if you do not remove the previous transmitter from service. | | | | |
| | **Subtotal** | | | **1.829,96** |
| | Freight (domestic) | | | 8,90 |
| | **Net amount EUR** | | | **1.838,86** |
| | Value added tax at 19.0% on 1838.86 | | | 349,38 |
| | **Total price EUR** | | | **2.188,24** |

Terms of payment 10      days 5% discount, 60 days net
Shipping UPS            Standard "plus shipping" shipping costs

ABITRON Germany GmbH - Adalbert-Stifter-Straße 2 - 84085 Langquaid - Tel. +49 (0)9452 189-0 - Fax. +49 (0)9452 189-201 - info@abitron.de - www.abitronremote.com Raiffeisenfandesbank Oberösterreich - Account 8308884 - BLZ 740 201 00 - IBAN DE71 7402 0100 0008 3088 84 - SWIFT/BIC RZOODE77 Director: Mrs Daniela Hammerer | LLM.oec. - HRB-No. 14310 - UID-No.: DE815511713

**Appellee's Supp. App. 0790**

ABITRON Germany GmbH - Adalbert-Stifter-Strasse 2 - 84085 Langquaid

**A/R invoice: 311609748**

**Teupen Mechanical Engineering GmbH**
Marie-Curie-Str. 13

48599 GRONAU-EPE
GERMANY

| | |
|---|---|
| from | 06.12.2016 |
| KD-No/Contact | 20097/Mr. Hildering |
| Your order | 4500034538/07.10.2016 |
| Officer | Daniela Otti |
| Tel. | 0049(0)9452/189-484 |
| Email | daniela.ottl@abitron.de |
| Client advisor | Dennis Barth |
| Page | 1/2 |

| Item No. | Description | Quantity | Price | Total EUR |
|---|---|---|---|---|
| Based on delivery note 211610392 dated 05.12.2016 | | | | |
| Z506560.A-458 | **GL2 Prop-4L 3.6V/RX14+CAN HS-2 12-24VDC "USA" KSP** | 1 unit | 2.450,00 | 2.450,00 |
| | 1 transmitter GL (conductive) with | | | |
| | 1 reed contact | | | |
| | 4 linear joysticks | | | |
| | 1 toggle switches T-0-T | | | |
| | 1 toggle switch R-0-R | | | |
| | 1 toggle switch R-0-T | | | |
| | 1 dead man's key 0-T | | | |
| | 1 STOP switch (push-pull) | | | |
| | 1 key switch O-R | | | |
| | Battery empty caution via LED(10 min.) and buzzer | | | |
| | 1 external antenna | | | |
| | | | | |
| | 1 receiver RX14+ BUS CAN with | | | |
| | 5 Digital Output Relay | | | |
| | 1 CAN-BUS interface | | | |
| | 6poL Amphenol plug | | | |
| | 5pin binder plug | | | |
| | 1 external antennas | | | |
| | Stop (certified EN13849-1 SIL-3;PL d) | | | |
| | | | | |
| | **Bus settings:** | | | |
| | **NODE-XD: 100** | | | |
| | **Baud rate: 125kBd** | | | |
| | **Terminating resistor: Yes** | | | |
| | **Supply voltage: 12/24VDC ***** | | | |
| | | | | |
| | Tx PDO AK Ranae | | | |
| | 85 Max output: AK value for Joystick mode Channels *** | | | |
| | | | | |
| | | | | |
| | | | | |
| | **inclusive of:** | | | |
| | **1 neck strap** | | | |
| | **3 replaceable batteries** | | | |
| | **1 VDC charger** | | | |
| | **1 VAC charger** | | | |
| | **2 antennas** | | | |
| | **1 magnet A0 50mm** | | | |
| | **Place 2 replacement fuses (0.315a, 6.3A) for the recipient in the document pocket.** | | | |
| | | | | |
| | **FCS mode** | | | |
| | | | | |
| | System number: | | | |
| | 1206698 | | | |
| | Country of origin: Germany/Customs tariff number: 85269200/Preferential origin: no | | | |

ABITRON Germany GmbH - Adalbert-Stifter-Straße 2 - 84085 Langquaid - Tel. +49 (0)9452 189-0 - Fax. +49 (0)9452 189-201 - info@abitron.de - www.abitronremote.com Raiffeisenlandesbank Oberösterreich - Account 8308884 - BLZ 740 201 00 - IBAN DE71 7402 0100 0008 3088 84 - SWIFT/BIC RZOODE77 Director: Mrs Daniela Hammerer | LLM.oec. - HRB-No. 14310 - UID-No.: DE815511713

CONFIDENTIAL                                                    HG3871171

**Appellee's Supp. App. 0791**



**ABITRON**

| ABITRON Germany GmbH - Adalbert-Stifter-Strasse 2 - 84085 Langquaid | A/R invoice: 311501426 | |
|---|---|---|
| **Mototok International GmbH**<br>Hohenzollernstr. 47<br><br>47799 KREFELD<br>**GERMANY** | from<br>KD-No/ Contact<br>Your order<br>Officer<br>Tel.<br>Email<br>Client advisor<br>Page | 27.02.2015<br>20181<br>Order of 07.02.2015<br>Daniela Ottl<br>0049(0)9452/189-484<br>danjeja.ottl@abitron.de<br>Dennis Barth<br>1/2 |
| Delivery address<br>**Maschinenbau Kaltenbach**<br>Abt. Mototok International GmbH<br>Rheinweg 9<br><br>79395 NEUENBURG ZINKEN<br>**GERMANY** | | |

| Item No. | Description | | Quantity | Price | Total EUR |
|---|---|---|---|---|---|
| Based on delivery note 211501529 dated 26.02.2015 | | | | | |
| **10 X USA** | | | | | |
| Z503569-458 | **NOVA-L FB KSP 3,6V/RX ES-CAN FB KSP 12- 24VDC** | | 10 units | 1.650,00 | 16.500,00 |
| | **1Transmitter with**<br>16 digital functions<br>2 proportional functions<br>3 LED displays<br>1 stop<br><br>**1 receiver in HS-1 housing with**<br>1 STOP (according to SIL-1;PL c)<br>1 CAN bus interface<br>1 external antenna<br><br>**inclusive of:**<br>**1 waist belt**<br>**1 charger 90-270VAC with UL-plug**<br>**2 replaceable egg batteries**<br>**1 antenna Miniflex**<br><br><br>458MHz AUTX<br><br><br>System number:<br>1201530<br>1201531<br>1201532<br>1201533<br>1201534<br>1201535<br>1201536<br>1201537<br>1201538<br>1201539<br><br>Country of origin: Germany/Customs tariff number:<br>85269200/Preferential origin: no | | | | |
| | | **Subtotal** | | | **16.500,00** |
| | | Freight (domestic) | | | 89,00 |

ABITRON Germany GmbH - Adalbert-Stifter-Straße 2 - 84085 Langquaid - Tel. +49 (0)9452 189-0 - Fax. +49 (0)9452 189-201 - info@abitron.de - www.abitronremote.com Raiffeisenfandesbank Oberösterreich - Account 8308884 - BLZ 740 201 00 - IBAN DE71 7402 0100 0008 3088 84 - SWIFT/BIC RZOODE77 Director: Mrs Daniela Hammerer | LLM.oec. - HRB-No. 14310 - UID-No.: DE815511713

CONFIDENTIAL   HG3847972_T

**PLAINTIFF'S**
**EXHIBIT**
**226**
**CIV-14-650-F**



| ABITRON Germany GmbH - Adalbert-Stifter-Strasse 2 - 84085 Langquaid | **Outgoing invoice: 311605165** | | | |
|---|---|---|---|---|
| | from | 05.07.2016 | | |
| | KD-No/ Contact | 20097/Mr. Hildering | | |
| **Teupen Maschinenbau GmbH** | Your order | 4500031445/22.06.2016/item 20 | | |
| Marie-Curie-Str. 13 | Officer | Petra Di Varano | | |
| | Tel. | 0049(0)9452/189-411 | | |
| | Email | petra.divarano@abitron.de | | |
| 48599 GRONAU-EPE | Client advisor | Dennis Barth | | |
| GERMANY | Page | 1/2 | | |

| Item No. | Description | Quantity | Price | Total EUR |
|---|---|---|---|---|
| Based on delivery note 211605577 dated 04.07.2016 | | | | |
| Z500982.B-458 | **TEU-3.1 GL2 Prop-4L 3.6V red/TEU-3.1 RX MOD 400x250 USA KSP** | 1 unit | 3.264,75 | 3.264,75 |
| | 1 GL2-W transmitter red with | | | |
| | 1 reed contact | | | |
| | 4 linear levers | | | |
| | 4 toggle switches (T-0-T) | | | |
| | 1 toggle switch (R-0-R) | | | |
| | 1 toggle switch (R-0-T) incl. (Start) function | | | |
| | 1 STOP switch (Push Pull) | | | |
| | 1 key switch (0-R-(R)) | | | |
| | with battery empty caution via LED(10 min.) and buzzer | | | |
| | with dead man's key Sil for stage functions | | | |
| | | | | |
| | 1 receiver in 400x250 housing with | | | |
| | 2-fold self-monitoring emergency stop | | | |
| | 4 dig. outputs 2..5..8V | | | |
| | 14 Output relay | | | |
| | Output wiring directly to 4.3m shielded connection cable | | | |
| | | | | |
| | System with "Free Channel Search HF Tel" | | | |
| | set to scan mode FCS (1,2,3,4 ?)*** *** | | | |
| | | | | |
| | Note: Attach receiver nameplate to receiver cover Transmitter and receiver with TEUPEN logo | | | |
| | | | | |
| | **Inclusive of:** | | | |
| | **1 neck strap** | | | |
| | **3 replaceable batteries** | | | |
| | **1 charger BCM-1 DC with flat receptacles** | | | |
| | **1 charger BCM-1 AC** | | | |
| | **1 magnet** | | | |
| | **1 antenna Dual Band** | | | |
| | **1 antenna extension** TNC-TNC **3m** | | | |
| | | | | |
| | **USA, TRT 458MHz, FCS-Mode** | | | |
| | | | | |
| | System number: | | | |
| | 1205875 | | | |
| | Country of origin: Germany/Customs tariff number: | | | |
| | 85269200/Preferential origin: no | | | |
| ***Item 10 of the order will be delivered via our spare parts department*** | | | | |
| | **Subtotal** | | | **3.264,75** |
| | Freight (domestic) | | | 12,90 |
| | **Net amount EUR** | | | **3.277,65** |
| | Value added tax at 19.0% on 3277.65 | | | 622,75 |
| | **Total price EUR** | | | **3.900,40** |

Terms of payment 10        days 5% discount, 60 days net

ABITRON Germany GmbH - Adalbert-Stifter-Straße 2 - 84085 Langquaid - Tel. +49 (0)9452 189-0 - Fax. +49 (0)9452 189-201 - info@abitron.de - www.abitronremote.com Raiffeisenfandesbank Oberösterreich - Account 8308884 - BLZ 740 201 00 - IBAN DE71 7402 0100 0008 3088 84 - SWIFT/BIC RZOODE77 Director: Mrs Daniela Hammerer | LLM.oec. - HRB-No. 14310 - UID-No.: DE815511713

CONFIDENTIAL                                              HG3865568

**Appellee's Supp. App. 0793**